# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CR Holding Liquidating, Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-10210 (LSS) <br><br> (Jointly Administered) |
| CR Holding Liquidating, Inc., et al., <br><br> Plaintiff, <br><br> vs. <br><br> Roplast Industries, Inc., <br><br> Defendant. | Adv. No. 19-50479 |

## STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter is dismissed with prejudice. An answer has been filed.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: CR Holding Liquidating Inc. (f/k/a Charlotte Russe Holding Inc.) (4325); CR Holdings Liquidating Corporation (f/k/a Charlotte Russe Holdings Corporation) (1045); CR Intermediate Liquidating Corporation (f/k/a Charlotte Russe Intermediate Corporation) (6345); CR Enterprise Liquidating, Inc. (f/k/a Charlotte Russe Enterprise, Inc.) (2527); CR Liquidating, Inc. (f/k/a Charlotte Russe, Inc.) (0505); CR Merchandising Liquidating, Inc. (f/k/a Charlotte Russe Merchandising, Inc.) (9453); and CR Administration Liquidating, Inc. (f/k/a Charlotte Russe Administration, Inc.) (9456). The Debtors' mailing address is 3111 Camino Del Rio N. Suite 400, San Diego, CA 92108.

<table>
<tr><td>

Dated: December 30, 2019

**CONNOLLY GALLAGHER LLP**


*/s/ N. Christopher Griffiths*
N. Christopher Griffiths, Esq., DE SBN 5180
Stephanie S. Riley, Esq., DE SBN 5803
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 757-7300
Email: cgriffiths@connollygallagher.com
      sriley@connollygallagher.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger
151 West 46th Street, 4th Floor
New York, NY  10036
Telephone: (212) 267-7342

*Counsel for Plaintiff, CR Holding Liquidating, Inc., et al.*

</td><td>

Dated: December 30, 2019

**OBERMAYER REDMANN MAXWELL & HIPPELL LLP**

*/s/ Leslie B. Spoltore*
Leslie B. Spoltore, Esq., DE SBN 3605
123 South Justison Street, Suite 100
Wilmington, DE 19801
Telephone: 302-238-6947
Email: leslie.spoltore@obermayer.com

*-and-*

D. Alexander Barnes
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: 215-665-3184
Email: alexander.barnes@obermayer.com

*Counsel for Defendant, Roplast Industries, Inc.*

</td></tr>
</table>